FILED: May 9, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1530
(2:23-cv-00757)

_____

MICHAEL RAY SIGMON

      Plaintiff - Appellant

v.

ELON MUSK

      Defendant - Appellee

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Southern District of West Virginia at Charleston |
| Originating Case Number | 2:23-cv-00757 |
| Date notice of appeal filed in originating court: | 05/05/2025 |
| Appellant(s) | Michael R. Sigmon |
| Appellate Case Number | 25-1530 |
| Case Manager | Richard H. Sewell<br>804-916-2702 |